IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY J. FIORILLO,<br><br>        Plaintiff,<br><br>  v.<br><br>USA,<br><br>        Defendant.<br>_____ / | No. CR 94-0427 JLQ<br>(Civil Case No. C 13-4283 SI)<br><br>**ORDER OF REFERRAL** |

The motion by plaintiff Jerry J. Fiorillo pursuant to 28 U.S.C. § 2255, opened as Civil Case No. C 13-4283 SI, is hereby REFERRED for resolution to the judge who presided over the underlying criminal action, Hon. Justin L. Quackenbush, U.S. District Judge, E.D.WA.

IT IS SO ORDERED.

Dated: September 19, 2013

                                                          SUSAN ILLSTON<br>
                                                          United States District Judge